AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| John Miller | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-00412 |
| Riley Power Group, LLC, and Electric Boat Corp. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Miller                                                                                          .

Date:      07/24/2026

/s/ Tyler Brown
*Attorney's signature*

Tyler Brown (10560)
*Printed name and bar number*

Odu Law Firm, LLC
888 Reservoir Ave, Floor 2
Cranston, RI 02910

*Address*

tyler@odulawfirm.com
*E-mail address*

(401) 209-2029
*Telephone number*

(401) 217-2299
*FAX number*