**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JOHN MILLER,

                Plaintiff,

    v.

                             Case No. 1:24-cv-00412

RILEY POWER GROUP, LLC, and
ELECTRIC BOAT CORPORATION,

                Defendants.

## JOINT MOTION TO STAY DISCOVERY DEADLINES

NOW COME the Plaintiff, John Miller, and the Defendants, Riley Power Group, LLC and Electric Boat Corporation (hereinafter referred to collectively as the "Parties"), by and through their respective undersigned counsel, and hereby jointly move this Honorable Court for an Order staying the current discovery deadlines until the Parties complete the alternative dispute resolution process. As grounds for this Joint Motion, the Parties hereby submit the following:

1.     On January 21, 2025, the Court issued the Pretrial Scheduling Order. ECF No. 15.

2.     The Court set an initial fact discovery deadline of September 29, 2025.

3.     On December 1, 2025, the Court granted the Parties' Joint Motion to Extend Scheduling Order Deadlines and set a fact discovery deadline of January 27, 2026. ECF No. 18.

4.     On January 21, 20226, the Court granted the Parties' Joint Motion to Extend Scheduling Order Deadlines and set a fact discovery deadline of March 27, 2026. ECF No. 22.

5.     On March 13, 2026, the Court granted the Parties' Joint Motion to Extend Scheduling Order Deadlines and set a fact discovery deadline of May 26, 2026. ECF No. 26.

6.     On May 21, 2026, the Court granted Plaintiff's Motion to Extend Scheduling Order Deadlines and set a fact discovery deadline of July 27, 2026. ECF No. 27.

1

7.      Plaintiff and Defendants have exchanged and responded to written discovery and have conducted fact depositions. However, additional time is needed for the Parties to supplement their discovery responses, which might lead to further evidence or need for additional discovery, including additional written discovery and/or the deposition of other relevant actors.

8.      On June 29, 2026, the Parties requested to mediate this dispute via the Court's ADR program.

9.      On June 30, 2026, the case was referred to Magistrate Judge Amy E. Moses to conduct a settlement conference.

10.     On July 17, 2026, the Court issued a Notice of Hybrid Conference and Settlement Conference Order, wherein the Hybrid Settlement Conference was set for September 30, 2026, at 2:00 PM.

11.     A stay of the current discovery deadlines would be appropriate to accommodate settlement discussions without need for further motions to extend. However, should the settlement discussions fail to achieve a complete resolution of this matter, the Parties will submit a proposed scheduling order in order to complete any outstanding discovery matters.

12.     Good cause exists for this stay, and justice so requires that it be granted because the Parties and the Court have a shared interest in resolving this matter amicably via settlement conference and avoiding the additional cost, delay, and uncertainty of further discovery and litigation.

13.     This is the first request of this kind.

Respectfully submitted,
on behalf of:

**JOHN MILLER**

By his attorneys,

*/s/ Olayiwola O. Oduyingbo, Esq.*
Olayiwola O. Oduyingbo, Esq. (#9427)
Tyler Brown (#10560)
ODU Law Firm, LLC
888 Reservoir Ave, Floor 2
Cranston, RI 02910
Phone: (401) 209-2029
Fax: (401) 217-2299
odu@odulawfirm.com

**RILEY POWER GROUP LLC**

By its attorneys,

*/s/ David Fitzpatrick*
David Fitzpatrick
Dimitrios Markos
Littler Mendelson, P.C.
One Financial Plaza, Suite 2205
Providence, RI 02903
Telephone: 401.824.2500
Facsimile: 401.454.2969
dfitzpatrick@littler.com

**ELECTRIC BOAT CORPORATION**

By its attorney,

*/s/ Raymond M. Ripple*
Raymond M. Ripple (#6489)
75 Federal Street, Suite 1000
Boston, MA 02110
(617) 757-6516
rripple@bowditch.com

Dated July 27, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

<u>*/s/ Olayiwola O. Oduyingbo, Esq.*</u>
Olayiwola O. Oduyingbo, Esq. (#9427)